IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TERRY LEE MARSHALL,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                          CASE NO. 1D14-3137

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed October 9, 2014.

Petition for Belated Appeal -- Original Jurisdiction.

Octavius Holliday, Jr. of The Holliday Law Firm, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, and Kristen Bonjour, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. Petitioner shall be allowed a belated

appeal from the December 5, 2013, judgment and sentence, in Duval County Circuit

Court case number 16-2013-CF-005302-AXXX-MA. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D). If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

ROWE, MARSTILLER, and MAKAR, JJ., CONCUR.